JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SAMUEL JAMES WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>MIKE ELLIS et al.,<br><br>Defendants. | No. CV 21-07409-SB (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and this entire action are dismissed without prejudice to Plaintiff's re-filing if his convictions are later reversed, expunged, declared invalid, or called into question by issuance of a writ of habeas corpus.

Dated: February 10, 2022

Stanley Blumenfeld, Jr.
United States District Judge